UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

RODNEY BRANHAM,

        Plaintiff,        Case No. 1:10-cv-519

v.        Honorable Paul L. Maloney

MDOC et al.,

        Defendants.
_____/

## ORDER DENYING LEAVE
## TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES

In accordance with the memorandum opinion entered this day:

IT IS ORDERED that the order granting Plaintiff leave to proceed *in forma pauperis* (docket #3) is VACATED.

IT IS FURTHER ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within twenty-eight (28) days hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.


Dated: June 11, 2010        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge