UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

RODNEY BRANHAM,

        Plaintiff,        Case No. 1:10-cv-519

v.        Honorable Paul L. Maloney

MDOC et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  July 15, 2010        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge