UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY BRANHAM,

        Plaintiff,        Case No. 1:10-cv-519

v.        Honorable Paul L. Maloney

MDOC et al.,

        Defendants.
_____/

**ORDER DENYING LEAVE TO PROCEED
*IN FORMA PAUPERIS* ON APPEAL**

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On June 11, 2010, the Court entered an order (docket #7) denying Plaintiff leave to proceed *in forma pauperis* because he has "three strikes" within the meaning of 28 U.S.C. § 1915(g). Plaintiff failed to pay the filing fee in the required time period, and the Court dismissed the action on July 15, 2010 (docket ##17, 18). In the dismissal, the Court warned Plaintiff that should he file a notice of appeal, he would be required to pay the $455.00 filing fee in a lump sum, because he is prohibited from proceeding *in forma pauperis* on appeal by § 1915(g).

Plaintiff has now filed a notice of appeal, but has failed to submit the $455.00 filing fee. As outlined in the Court's memorandum opinion and order denying him pauper status based on § 1915(g), Plaintiff is barred from proceeding *in forma pauperis* on this appeal. Plaintiff has twenty-eight (28) days from the date of entry of this order to pay the entire filing fee for appealing

a civil action, which is $455.00, to the Clerk of this Court. Plaintiff's failure to comply with this order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals.


Dated:  October 1, 2010         /s/ Paul L. Maloney
                                Paul L. Maloney
                                Chief United States District Judge

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:
Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503


**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**